# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1299
_____

RODNEY G. HAWORTH,

    Appellant,

    v.

LARRY ASHLEY, Sheriff Okaloosa
County Florida,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

July 22, 2019

PER CURIAM.

    The Court has determined that the appeal is untimely.
Accordingly, the appeal is dismissed.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

    ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rodney G. Haworth, pro se, Appellant.

No appearance for Appellee.